## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

COACH, INC., and
COACH SERVICES, INC.,

                **Plaintiffs,**

      **vs.**

**MICHAEL NYE,**

                **Defendant.**

**8:15CV245**


**ORDER**

      This matter is before the court for the purpose of entering a scheduling order. The plaintiffs filed a planning report (Filing No. 29) as required by this court pursuant to Federal Rules of Civil Procedure 16(b) and 26(f).  In the report, the plaintiffs indicated the defendant did not participate in preparing the report or respond to attempts to confer by letter or telephone.  Pursuant to the General Rules of the Unites States District Court for the District of Nebraska, parties who proceed without an attorney are bound by and must comply with all local and federal procedural rules.  NEGenR 1.3(g).[1]  Additionally, litigants must provide the court with current contact information.  NEGenR 1.3(e).  The defendant did provide the court with an address, however he did not provide a telephone contact number.  The court requires this information to work with the parties to secure a just, speedy, and inexpensive resolution of this lawsuit.  In any event, the court concludes a telephone conference with the parties is necessary prior to entering a scheduling order in this matter.  Accordingly,

      **IT IS ORDERED**:

      1.      The court will hold a telephone conference regarding progression of this case **on November 6, 2015, at 11:00 a.m. (CST)**.  Counsel for the plaintiffs shall initiate the planning conference with the defendant, then the undersigned magistrate judge at (402) 661-7343.

---

[1] The local rules are accessible from http://www.ned.uscourts.gov/attorney/local-rules.

2.      Michael Nye shall have to **on or before November 4, 2015**, to provide the court with his telephone contact information by mailing a document to the court providing such notice.

3.      Either party may seek to change the date or time of the conference upon a showing of good cause by filing motion with the court.

4.      Failure to comply with this order may result in sanctions including the imposition of reasonable expenses incurred because of noncompliance and rendering a default judgment against the disobedient party.  **See** Fed. R. Civ. P. 16(f) and 37(b).

Dated this 15th day of October, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge