# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COACH, INC., and<br>COACH SERVICES, INC.,<br><br>        **Plaintiffs,**<br><br>       **vs.**<br><br>MICHAEL NYE,<br><br>        **Defendant.** | 8:15CV245<br><br>ORDER |

Upon notice of settlement given to the magistrate judge during the telephone conference held on February 25, 2016, with counsel for the plaintiffs, Jason A. Kempf, and the defendant, pro se,

**IT IS ORDERED that**:

1. On or before **March 30, 2016**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled pretrial conference and trial are cancelled upon the representation that this case is settled.

Dated this 25th day of February, 2016.

                                                     BY THE COURT:

                                                   s/ Thomas D. Thalken
                                                 United States Magistrate Judge