# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

COACH, INC. and COACH SERVICES, INC.,

    Plaintiffs,

v.                      Case No. 8:15-cv-00245

MAKENZI LYNN'S BOUTIQUE d/b/a 7-DAY MARKET d/b/a KEEKER'S TREASURES, REBEKAH NYE, individually and d/b/a MAKENZI LYNN'S BOUTIQUE, MICHAEL NYE, individually and d/b/a MAKENZI LYNN'S BOUTIQUE.

    Defendants.

## ORDER

Pursuant to Plaintiffs' voluntary dismissal, this matter is hereby dismissed without prejudice, with each party to bear their own costs.

Dated this 1st day of April, 2016.

                      BY THE COURT:

                      s/ Joseph F. Bataillon
                      Senior United States District Judge